# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>VICTOR MANUEL GOMEZ-PEREZ(3),<br><br>                    Defendant. | CASE NO. 12CR1149-3-WQH<br><br><br>**JUDGMENT OF DISMISSAL** |

         IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____     an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____     the Court has dismissed the case for unnecessary delay; or

_X_      the Court has granted the motion of the Government for dismissal, without prejudice; or

____     the Court has granted the motion of the defendant for a judgment of acquittal; or

____     a jury has been waived, and the Court has found the defendant not guilty; or

____     the jury has returned its verdict, finding the defendant not guilty;

_X_      of the offense(s) as charged in the Indictment/Information:

         8:1324(a)(1)(A)(ii) and (V)(I) - Conspiracy to Transport Illegal

         Aliens

         IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 1, 2012

                                        _____
                                        DAVID H. BARTICK
                                        UNITED STATES DISTRICT JUDGE